# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RYAN HORTON,<br><br>　　　　　　Defendant. | Case No. 3:24-cr-00041-ART-CSD<br><br>**ORDER GRANTING**<br><br>**MOTION TO FILE UNDER SEAL EXHIBITS 1 AND 2 TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DETENTION ORDER (ECF NO. 30)** |

The United States has filed a motion to file under seal the motion to file under seal Exhibits 1 and 2 to the Government's Response to Defendant's Motion for Review of Magistrate Judge's Detention Order (ECF No. 30). The Court finds good cause to seal these documents as they contain descriptions of the sexual abuse of minor victims.

IT IS HEREBY ORDERED THAT the United States' request to file under seal Exhibits 1 and 2 to the Government's Response to Defendant's Motion for Review of Magistrate Judge's Detention Order (ECF No. 30) is granted.

IT IS SO ORDERED.

　　　　DATED this 30 day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE