# Exhibit D

# Letter of Support

# EXHIBIT

04/12/2026

Your Honor Judge Anne R. Traum,

My name is Lynda E. Bell. I'm writing to you regarding Ryan Horton, Case No: 3:24-cr-0041-ART-CLB.

Mr. Horton (Ryan) and Ihave been friends since 2008.

A bit about me: I am female, 65 years old.  A year ago, I retired from my job in health care as a certified Physician Assistant.  I have worked mostly in surgery: congenital cardiac, bariatrics, orthopedic and general surgery. Twelve years were at the University of California, San Francisco (UCSF)Medical Center. Another thirteen years, I worked at medical centers throughout California in locum positions.  Most recently, I spent 4 years living and working in Anchorage, Alaska, where I grew up.  I moved back home to care for my elderly parents who are now deceased.  Now I live in Kirkwood, CA, a ski resort that Ryan introduced me to in early 2009.

Ryan and I met in 2008 at the home of friends in Oakland, CA and bonded over our love for skiing.  Many weekends we met at resorts around Lake Tahoe and enjoyed the snowy mountains. When he introduced me to Kirkwood Mountain Resort in 2009, I was smitten. In the Fall of 2009, I purchased a condo that is now my year-round home. It became a gathering place for skiers, especially after big snowstorms. I credit Ryan for teaching me and upgrading my skiing skills from mediocre to expert.  Especially as I had undergone major heart surgery a few years earlier, Ryan was a patient and skilled instructor.

Back in the San Francisco Bay Area, he and I regularly went out dancing together.   He would call me on his drive from La Honda, CA to San Francisco on Friday evenings to invite me to join him. No matter how tired I was from work, he encouraged me to join him and I did.  It was a fun time.

We had many discussions about my career as a Physician Assistant. He was impressed with the professional and personal life of a career in medicine.  One day, he came to my workplace at UCSF to observe in the operating room. From that time, he worked hard to complete prerequisite coursework then finish nursing school in Redwood City, CA.  This was despite battling severe ADHD, depression and anxiety. He's had a ten year career as a Registered Nurse in California and Nevada.  Ryan worked hard as a nurse. He received notes of thanks from patients and their families.

When I was in Alaska caring for my folks, Ryan flew up to help me.  Together we worked to close my parent's home and to care for my mother with Alzheimer's (my father had died by then.) Sadly, the darkness of the Alaskan winter was hard on Ryan. He became severely depressed and needed to return to California.

I'm truly shocked with the charges against Ryan. I know he has pleaded guilty.  I've never known him to be cruel or inappropriate.

His nursing career is over. He and I have talked about his next steps both while incarcerated and should he be granted probation.  He holds credentials as a personal trainer.  He has discussed returning to college to study nutrition. I have no doubt he has the intellectual capacity and the drive to transition to another role in health and wellness. We speak on the phone, text regularly and have video visits when possible. I hope for the best for him and will continue to support him.

Thank you for your consideration.

Respectfully,

Lynda E. Bell